**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS    MAY   8 2008
EASTERN DIVISION

JUDGE HARRY D. LEINENWEBER
U.S. DISTRICT COURT JUDGE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  08 CR 334 |
| | ) | Judge Harry D. Leinenweber |
| JERMEL POPE, also known as | ) | |
| "LOK" | ) | |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

Name: Jemel Pope, also known as "LOK"

has been and now is, in due form and process of law, detained in the DuPage County Jail.

Your petitioner further represents to Your Honor that defendant is wanted in the Eastern Division of the Northern District of Illinois to appear for his initial appearance and arraignment scheduled to take place on May 22, 2008, at 9:45 a.m.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum in this behalf directed to the following persons:

UNITED STATES MARSHAL                WARDEN
Northern District of Illinois        DuPage County Jail
Chicago, Illinois

commanding them to produce the body of the said prisoner before this Court at said time and on said date, and that when these proceedings have been so concluded, that Jermel Pope, also known as "LOK," be remanded to the custody of the United States Marshal's Service and be held in the Northern District of Illinois, Eastern Division, unless otherwise directed by order of this Court or the Bureau of Prisons.

Dated: May 1, 2008

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____

SCOTT R. DRURY
Assistant U. S. Attorney
219 South Dearborn, 3rd Floor
Chicago, Illinois 60604
(312) 353-1416