## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 334 - 1 | **DATE** | 5/8/2008 |
| **CASE TITLE** | United States of America vs. Jermel Pope | | |

**DOCKET ENTRY TEXT**

Order Writ of Habeas Corpus Ad Prosequendum to issue as to Jermel Pope returnable on 5/22/2008 at 9:45 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Writs Issued
MAY 1 2 2008

Courtroom Deputy Initials: WAP