Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 334 - 1 | **DATE** | 5/22/2008 |
| **CASE TITLE** | United States of America vs. Jermel Pope | | |

**DOCKET ENTRY TEXT**

The Court appoints Imani Chiphe as counsel for defendant. Arraignment Held. Defendant enters plea of not guilty to the indictment. 16.1(A) conference to be held by 5/29/2008. Pretrial motions to be filed by 6/19/2008. Status hearing set for 6/19/2008 at 9:00 a.m. Enter excludable delay in the interest of justice to begin 5/22/2008 and end 6/19/2008 pursuant to 18:3161(h)(8)(A)(B).

■ [ For further detail see separate order(s).]          Docketing to mail notices.

00:05



Courtroom Deputy Initials: WAP

