**FILED**
**MAY 2 2 2008**
**JUDGE HARRY D. LEINENWEBER**
**U.S. DISTRICT COURT JUDGE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 08 CR 334 |
| ) | Judge Harry D. Leinenweber |
| JERMEL POPE, also known as ) | |
| "LOK" ) | |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

      Name: Jemel Pope, also known as "LOK"
      Date
      Sex:
      Race:

has been and now is, in due form and process of law, detained in the Kendall County Jail.

Your petitioner further represents to Your Honor that defendant is wanted in the Eastern Division of the Northern District of Illinois to appear for a status hearing on June 19, 2008, at 9:00 a.m.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum in this behalf directed to the following persons:

UNITED STATES MARSHAL  
Northern District of Illinois  
Chicago, Illinois

WARDEN  
Kendall County Jail

commanding them to produce the body of the said prisoner before this Court at said time and on said date, and that when these proceedings have been so concluded, that Jermel Pope, also known as "LOK," be remanded to the custody of the United States Marshal's Service and be held in the Northern District of Illinois, Eastern Division, unless otherwise directed by order of this Court or the Bureau of Prisons.

Dated: May 22, 2008

Respectfully submitted,

PATRICK J. FITZGERALD  
United States Attorney

By: /s/ Scott R. Drury  
SCOTT R. DRURY  
Assistant U. S. Attorney  
219 South Dearborn, 3rd Floor  
Chicago, Illinois 60604  
(312) 353-1416

## CERTIFICATE OF SERVICE

    Scott R. Drury, an Assistant United States Attorney, certifies that on May 22, 2008, he served a true and correct copy of the foregoing PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM by U.S. Mail, postage prepaid, on the follow counsel of record:

Imani Chiphe
Federal Defender Program
55 East Monroe, 28th Floor
Chicago, Illinois 60603

_____
SCOTT R. DRURY