# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 334 | **DATE** | 5/29/2008 |
| **CASE TITLE** | United States of America vs. Jermel Pope | | |

**DOCKET ENTRY TEXT**

Order Writ of Habeas Corpus Ad Prosequendum to issue as to Jermel Pope returnable on 6/19/2008 at 9:00 a.m. for status hearing. At the conclusion of the status hearing, Jermel Pope also known as "LOK" shall be remanded to the custody of the United States Marshal's Service and be held in the Northern District of Illinois.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Writs Issued
MAY 3 0 2008

Courtroom Deputy Initials: WAP