UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | No.  08 CR 334 |
| ) | Judge Harry D. Leinenweber |
| JERMEL POPE, also known as ) | |
| "LOK" ) | |

O R D E R

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

Name: Jermel Pope, also known as "LOK"

has been and now is, in due process of law, incarcerated in the following institution:

Kendall County Jail

and that said defendant should appear in this case in the United States District Court at Chicago, Illinois at 9:00 a.m. on June 19, 2008, for a status hearing before United States District Court Judge Harry D. Leinenweber in Courtroom 1941;

IT IS THEREFORE ORDERED that the following persons:

UNITED STATES MARSHAL          WARDEN
Northern District of Illinois  Kendall County Jail
Chicago, Illinois

bring or cause to be brought before the Court, at said time on said date, in the United States Court House in Chicago, Illinois, the body of the said defendant; and that a Writ of Habeas Corpus Ad Prosequendum, directed to said persons, so commanding them, be

issued by the Clerk of this Court; and that when these proceedings have been so concluded, that Jermel Pope, also known as "LOK," be remanded to the custody of the United States Marshal's Service and be held in the Northern District of Illinois, Eastern Division, unless otherwise ordered by this Court or the Bureau of Prisons.

ENTER:

_____
Harry D. Leinenweber
United States District Court Judge
Northern District of Illinois

DATED at Chicago, Illinois
this 29 day of May 2008