## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 334 - 1,2 | **DATE** | 6/19/2008 |
| **CASE TITLE** | United States of America vs. Jermel Pope, Mary Michelle Jefferson | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued for 7/22/2008 at 9:00 a.m. Pretrial motions now due by 7/10/2008. Defendant Pope remanded to the custody of the U.S. Marshal. Enter excludable delay in the interest of justice to begin 6/19/2008 and end 7/22/2008 pursuant to 18:3161(h)(8)(A)(B). (X-T)

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | WAP |
|---|---|---|