Jeremel D. Pope
400 East Merchant
Kankakee, IL 60901

**RECEIVED**
JUL - 8 2008
JUDGE HARRY D. LEINENWEBER
U.S. DISTRICT COURT JUDGE

July 7, 2008

Judge Harry D. Leinenweber
219 N. Dearborn Rm. 1946
Chicago, IL 60604

**FILED**
Jul 8, 2008
JUL 8 2008
JUDGE HARRY D. LEINENWEBER
U.S. DISTRICT COURT JUDGE

RE: Case Number 1:08-cr-00334
08cr 334

Dear Judge Leinenweber:

My name is Jermel D. Pope; I understand that everyday you hear from many inmates that they have changed overnight. Well I am not here to tell you that. Yes, I have change in some aspects, but there is a lot for me to do in order to be the successful person that myself and the court would like me to be. I am not going to tell you I am an addict or make any other excuses for my past or my present. I will say I have issues I need counseling for. I am a failure who would like to make something better of himself instead of being a criminal my whole life.

Your Honor, I am a 22 year old man and up until a year ago I had nothing to live for. It was then I become a father. I am now a father of a little girl that is my life. I would die for her.

Up until this arrest I thought I was doing my best for her, then I got arrested and realized what a big chance I was taking, I also realized I was taking a risk of losing my daughter and fiancée for a long time or forever.

The reality of this arrest hit me hard; I pray to god that I could have a second chance and tell him that I would never again risk my daughter's life for a quick fix or fast money. I am not asking you to feel sorry for me. I just want you to consider the best opinions for me. I would like to request a home detention; I am not now or have ever been an escape risk. I will be in court 30 minutes early. My

plans, if you choose to grant me the privilege of home detention, would be to seek counseling; develop social, mental and emotional skills.

Your Honor my daughter's birthday is coming up on July 12, it's her first birthday and I would love to be there.

Worse case scenario, if I am found guilty, I can prove to the courts and myself that I am on the right path to becoming a productive citizen. Over the past 5 months in jail. I have come to see that baby steps are as good as full strides. So I would like you to consider this small step towards freedom and becoming a successful person.

Thank you for taking time out of your busy schedule to read my letter. I pray this will all turn out for he best. Just one chance I am asking for.
Sincerely:

*Jermel D. Pope*

Jermel D. Pope